IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES E. CAROON, JR.,

    Plaintiff,

v.                                      CASE NO.: 1:12-cv-261-MP-GRJ

UNITED STATES OF AMERICA

    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff initiated this case by filing a *pro se* complaint pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b), seeking damages for injuries that he alleges were caused by his medical treatment at the Department of Veterans Affair (VA) Medical Center in Gainesville, Florida, beginning in 2007. Plaintiff is proceeding pursuant to an Amended Complaint. Doc. 18.

The Court entered a case management and scheduling order on June 25, 2013. Doc. 21. On November 5, 2013, the Court suspended the case management order pursuant to Plaintiff's motion for a stay of the case in order to seek counsel. The Court declined to stay the case, but granted Plaintiff until January 6, 2014, to seek counsel. Doc. 31.

This case is now before the Court on Doc. 32, Plaintiff's request for voluntary dismissal of this case due to his inability to obtain representation and for financial reasons. Fed. R. Civ. P. 41(a)(2) permits voluntary dismissal in this procedural posture with leave of court, "on terms that the court considers proper." "The district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule

41(a)(2)." *Potenberg v. Boston Scientific Corp.,* 252 F.3d 1253, 1255 (11th Cir. 2001) (citing *McCants v. Ford Motor Co., Inc.,* 781 F. 2d 855, 857 (11th Cir. 1986)). Voluntary dismissal will generally "be granted unless the defendant will suffer clear legal prejudice, *other than the mere prospect of a subsequent lawsuit*, as a result." *McCants,* 781 F. 2d at 856-57.

Defendant has not opposed the motion for voluntary dismissal, and the Court's review of the parties' pleading reflects no basis to conclude that Defendant would suffer prejudice if this case is dismissed. Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's motion, Doc. 32, should be **GRANTED** and this case should be **DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS** this 16th day of January 2014.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**